STEVO NIKOLIC, Plaintiff-Appellant, *v.* THE CITY OF CHICAGO, Defendant-Appellee.

(No. 57126;

First District (2nd Division)—November 13, 1973.

Opinion by Mr. JUSTICE DOWNING.

Paulson & Ketchum, of Chicago, (Milton Pfetzer, of counsel,) for appellant.

Richard L. Curry, Corporation Counsel, of Chicago (William R. Quinlan and Harvey N. Levin, Assistant Corporation Counsel, of counsel), for appellee.